**MIZRAHI KROUB LLP**

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

October 4, 2022

**VIA ECF**

The Honorable Katharine H. Parker
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Mejia v. The Tree Center LLC*; Case No. 1:22-cv-05794 (PGG) (KHP)

Dear Magistrate Judge Parker:

    We represent plaintiff Richard Mejia ("Plaintiff") in the above-referenced matter. We respectfully write, with the consent of defendant The Tree Center LLC, to request a two-day extension of time for the Parties to respond to our joint Report of Rule 26(f) Meeting and Proposed Case Management Plan. *See* Docket No. 6.

    Currently, our joint Report and Proposed CMP is due today. *See id.* The Parties respectfully request an extension to file until October 6, 2022. Plaintiff sent his proposal to Defendant, but Defendant has requested additional time to provide their input due to their office closing early today and all day tomorrow in observance of Yom Kippur. No party has sought an extension of the briefing schedule of this motion.

    We thank the Court for its consideration of the above request.

                                  Respectfully submitted,
                                  /s/ Edward Y. Kroub
                                  EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)