USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RICHARD MEJIA, Individually, and
on behalf of himself and all others
similarly situated,

                        Plaintiff,                      22-CV-5794 (PGG) (KHP)

      -against-                       **SCHEDULING ORDER**

THE TREE CENTER LLC,

                        Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 19, 2022, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** The parties shall have until **November 10, 2022** to amend the pleadings.

**Discovery.** The deadline to complete all discovery is **Tuesday, February 28, 2023.** By **Friday, November 18, 2022,** Plaintiff shall produce its preliminary findings as to the alleged accessibility deficiencies of Defendant's website.

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. See https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes

regarding overbreadth and specificity of requests and responses.  A failure to comply with this responsibility carries serious consequences.  Requests for any and all documents on a broad topic are presumptively improper.  Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited.  *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Status Letter.**  By **Monday, December 12, 2022,** the parties shall file a joint letter updating the Court on the status of discovery.

**Case Management Conference.**  A case management conference is scheduled on **Tuesday, January 10, 2023, at 10:45 a.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:    New York, New York
          October 19, 2022

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge