USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RICHARD MEJIA, Individually, and
on behalf of himself and all others
similarly situated,

                        Plaintiff,                22-CV-5794 (PGG) (KHP)

        -against-                      **ORDER ADJOURNING INITIAL**
                                                                            **CASE MANAGEMENT**
THE TREE CENTER LLC,                                  **CONFERENCE**

                        Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on February 3, 2023 (ECF No. 37) the Initial Case Management Conference currently scheduled for **February 22, 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
                 February 5, 2023

                                                                 _____
                                                                KATHARINE H. PARKER
                                                               United States Magistrate Judge